Robert N. Phillips (SBN 120970)
Tiffany M. Bui (SBN 281339)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Email: robphillips@reedsmith.com
Email:  tbui@reedsmith.com

Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendant
Alumni Association of Chi Theta Chi House

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THETA CHI FRATERNITY, INC., | Case No. C-12-5942-JSC |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT; [PROPOSED] ORDER** |
| vs. | |
| ALUMNI ASSOCIATION OF CHI THETA CHI HOUSE, a/k/a CHI THETA CHI, and Does 1 through 50, | Honorable Jacqueline Scott Corley, U.S. Magistrate Judge |
| Defendants. | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiff Theta Chi Fraternity, Inc. ("Plaintiff") and Defendant Alumni Association of Chi Theta Chi House ("Defendant"), and through their respective counsel, hereby stipulate as follows:

1.  This action was filed on October 30, 2012 in Santa Clara County Superior Court, and Plaintiff mailed the Summons and Complaint to Defendant on November 1, 2012;

2.   On November 20, 2012, Defendant removed this action to the United States District Court for the Northern District of California;

3.  Plaintiff and Defendant are discussing potential settlement and agree that additional time is needed to attempt to reach a resolution;

4.  If the parties are unable to reach a settlement, Defendant may file a motion to dismiss;

5. In the interest of judicial economy and efficiency, and in light of the pending settlement negotiations and upcoming holidays, the parties agree that good cause exists to extend Defendant's time to respond to the Complaint to January 14, 2013, and to likewise extend Plaintiff's time to respond to any motion to dismiss that may be filed to February 13, 2013;

6. The extensions agreed to herein will not alter the date of any event or any deadline already fixed by Court order;

SO STIPULATED.

Dated: November 30, 2012   By:   */s/ Robert N. Phillips*
Robert N. Phillips, Cal. Bar No. 120970
Tiffany M. Bui, Cal. Bar No. 281339
**Reed Smith LLP**
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Email:  robphillips@reedsmith.com
Email:  tbui@reedsmith.com
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

*Attorneys for Defendant
Alumni Association of Chi Theta Chi House*

Dated: November 30, 2012   By:   *Raoul D. Kennedy*
Raoul D. Kennedy, Cal. Bar. No. 40892
James P. Schaefer, Cal. Bar. No. 250417
**Skadden, Arps, Slate, Meagher & Flom LLP**
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone:  (650) 471-4500
Facsimile:  (650) 470-4570
Email:  raoul.kennedy@skadden.com
Email:  james.schaefer@skadden.com

Christopher G. Oprison
*Pro Hac Vice application pending*
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W.
Washington DC 20005
Telephone:  (202) 372-7000

Facsimile:  (202) 661-0595
Email:  christopher.oprison@skadden.com

William W. Palmer, Cal. Bar. No. 146404
**Law Offices of William W. Palmer**
575 University Ave. #100
Sacramento, California 95825
Telephone:  (916) 564-4458
Facsimile:  (916) 564-5758
Email:  wpalmer@palmercorp.com

*Attorneys for Plaintiff*
*Theta Chi Fraternity, Inc.*

## ATTESTATION OF CONCURRENCE

I, Robert N. Phillips, attest that I am one of the attorneys for Defendant Alumni Association of Chi Theta Chi House, and, as the ECF user and filer of this document, I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Counsel for Plaintiff Theta Chi Fraternity, Inc.

Dated: November 30, 2012         By:      */s/ Robert N. Phillips*
                                                    Robert N. Phillips

**[PROPOSED] ORDER
RE: EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT**

The Court, having reviewed the above Stipulation, and GOOD CAUSE APPEARING THEREFOR, hereby orders as follows:

IT IS HEREBY ORDERED THAT:

Defendant Alumni Association of Chi Theta Chi House's time to respond to the Complaint shall be extended to January 14, 2013.

Dated: December 3, 2012

_____
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE