Robert N. Phillips (SBN 120970)
Tiffany M. Bui (SBN 281339)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Email: robphillips@reedsmith.com
Email: tbui@reedsmith.com

Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Alumni Association of Chi Theta Chi House

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Theta Chi Fraternity, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Alumni Association of Chi Theta Chi House, a/k/a Chi Theta Chi, and Does 1 through 50, <br><br> Defendants. | Case No. C-12-5942-JSC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A) and (B) of the Federal rules of Civil Procedure, the parties hereby jointly stipulate to dismiss all claims in this action WITH PREJUDICE, as follows:

WHEREAS, on October 30, 2012, Plaintiff Theta Chi Fraternity, Inc. ("Theta Chi") filed a Complaint, asserting various claims against Defendant Alumni Association of Chi Theta Chi House ("Alumni Association"), including: federal trademark infringement, federal trademark dilution, state trademark dilution, unfair competition, and misappropriation;

WHEREAS, on November 20, 2012, Alumni Association removed this action from the Santa Clara County Superior Court, to the United States District Court for the Northern District of California;

WHEREAS, on December 3, 2012, this Court entered an order granting Alumni Association an extension of time to respond to initial complaint to January 14, 2013, in order to allow the parties to engage in settlement negotiations;

WHEREAS, the parties were subsequently able to reach an agreement settling all claims in this litigation and have entered into a settlement agreement;

NOW THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by and between the parties, that all claims by the parties in this litigation be DISMISSED WITH PREJUDICE, each side to bear their own attorneys' fees and costs.

The parties further stipulate that this Court shall retain jurisdiction to enforce the parties' settlement agreement as necessary and to the fullest extent provided by law.

Dated: January 14, 2013     By:     */s/ Robert N. Phillips*
Robert N. Phillips, Cal. Bar No. 120970
Tiffany M. Bui, Cal. Bar No. 281339
**Reed Smith LLP**
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Email: robphillips@reedsmith.com
Email: tbui@reedsmith.com
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

*Attorneys for Defendant*
*Alumni Association of Chi Theta Chi House*

Dated: January 14, 2013        By:        *Raoul D. Kennedy*
                                          Raoul D. Kennedy, Cal. Bar. No. 40892
                                          James P. Schaefer, Cal. Bar. No. 250417
                                          **Skadden, Arps, Slate, Meagher & Flom LLP**
                                          525 University Avenue, Suite 1100
                                          Palo Alto, California 94301
                                          Telephone: (650) 471-4500
                                          Facsimile: (650) 470-4570
                                          Email: chris.kennedy@skadden.com
                                          Email: james.schaefer@skadden.com

                                          Christopher G. Oprison
                                          *Pro Hac Vice application pending*
                                          **Skadden, Arps, Slate, Meagher & Flom LLP**
                                          1440 New York Avenue, N.W.
                                          Washington DC 20005
                                          Telephone: (202) 372-7000
                                          Facsimile: (202) 661-0595
                                          Email: christopher.oprison@skadden.com

                                          William W. Palmer, Cal. Bar. No. 146404
                                          **Law Offices of William W. Palmer**
                                          575 University Ave. #100
                                          Sacramento, California 95825
                                          Telephone: (916) 564-4458
                                          Facsimile: (916) 564-5758
                                          Email: wpalmer@palmercorp.com

                                          *Attorneys for Plaintiff*
                                          *Theta Chi Fraternity, Inc.*

## ATTESTATION OF CONCURRENCE

I, Robert N. Phillips, attest that I am one of the attorneys for Defendant Alumni Association of Chi Theta Chi House, and, as the ECF user and filer of this document, I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Counsel for Plaintiff Theta Chi Fraternity, Inc.

Dated: January 14, 2013        By:        */s/ Robert N. Phillips*
                                          Robert N. Phillips

**[PROPOSED ORDER**
**RE:  DISMISSAL WITH PREJUDICE**

The Court, having reviewed the above Stipulation, and GOOD CAUSE APPEARING THEREFOR, hereby orders as follows:

IT IS HEREBY ORDERED THAT:

Pursuant to the Joint Stipulation of the parties, all claims in this litigation are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

The Court shall retain jurisdiction to enforce the parties' Settlement Agreement as necessary and to the fullest extend provided by law.

Dated:  January 15, 2013



HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE